UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHARLES RANDALL

v.  CA 13-717 ML

JOHN C. KROLLMAN, et al.

## ORDER

This matter is before the Court on review of a Report and Recommendation issued by Magistrate Judge Almond on May 16, 2014. I have reviewed the Report and Recommendation and adopt the recommendation to dismiss the Complaint without prejudice. The Amended Complaint (Document #5) is hereby DISMISSED WITHOUT PREJUDICE.

SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
June 3, 2014